IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-339-DCK

| | |
|---|---|
| LATEASHA WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA; KINETIC CONCEPTS, INC.; ) | |
| and KCI WELFARE BENEFIT PLAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) filed by H. Bernard Tisdale III, concerning René E. Thorne on November 20, 2019. René E. Thorne seeks to appear as counsel *pro hac vice* for Defendants Kinetic Concepts, Inc. and KCI Welfare and Benefits Plans. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 24) is **GRANTED**. René E. Thorne is hereby admitted *pro hac vice* to represent Defendants Kinetic Concepts, Inc. and KCI Welfare and Benefits Plans.

**SO ORDERED**.

Signed: November 20, 2019

David C. Keesler
United States Magistrate Judge