IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-339-DCK

| | |
|---|---|
| **LATEASHA WALKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **KINETIC CONCEPTS, INC.;** and **KCI WELFARE BENEFIT PLAN,** | ) |
| **Defendants**. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of the case. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C §636(c), and immediate review is appropriate.

The undersigned observes that a "Pretrial Order And Case Management Plan" (Document No. 17) was issued on October 8, 2019, that set deadlines including: mediator designation – December 16, 2019; discovery – April 11, 2020; mediation report – April 15, 2020; and motions – May 1, 2020. There have been no filings in this case since January 2020, and the parties have failed to identify their mediator or file a mediation report.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Status Report, jointly if possible, or a Stipulation of Dismissal, on or before **July 22, 2020**.

**SO ORDERED**.

David C. Keesler
United States Magistrate Judge